No. 95–9417. WEAVER v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 95–9418. PEREZ v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 95–9419. RODRIGUEZ v. UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–9421. SCHULTE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–9422. TYLER v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 95–9423. CONCEPCION v. PUERTO RICO. Sup. Ct. P. R. Certiorari denied.

No. 95–9425. MARSH v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 95–9426. SMITH v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–9427. DENOGEAN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95–9428. HAMM v. LATESSA, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION, ET AL. C. A. 1st Cir. Certiorari denied.

No. 95–9429. PADILLA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–9430. KAUFMAN v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 95–9431. MARSHALL v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 95–9432. MEDINA-MORALES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–9433. KRUEGER v. WOODS, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 95–9434. MITCHELL v. UNITED STATES. C. A. 7th Cir. Certiorari denied.